

SO ORDERED.
SIGNED this 10th day of November, 2020

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **James P. Keel** | ) | **No. 1:18-bk-14988-NWW** |
| **Joan B. Keel** | ) | **Chapter 7** |
| | ) | |
| **Debtors** | ) | |
| | ) | |
| **Walter N. Winchester,** | ) | |
| **Successor Trustee** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Adv. No. 1:20-ap-01027-NWW** |
| | ) | |
| **Bayview Loan Servicing, LLC;** | ) | |
| **Robert J. Wilkinson, Chapter 7** | ) | |
| **Trustee; James P. Keel; and** | ) | |
| **Joan B. Keel** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER TO APPEAR AND SHOW CAUSE

On June 18, 2020, the plaintiff filed the complaint initiating this adversary proceeding. On September 8, 2020, the court entered an order authorizing disputed ownership interpleader funds to be paid to the court. Nothing further has been filed since that date. Bayview Loan Servicing, LLC, is the only defendant to have answered the interpleader complaint to determine ownership of funds.

Accordingly, the defendants—or their counsel if they are represented in this adversary proceeding—are directed to appear personally on December 3, 2020, at 10:30 a.m. Eastern Time, in Courtroom A of the Bankruptcy Court to show cause why a default judgment should not be entered providing that the proceeds held in the court's registry be awarded to Bayview Loan Servicing, LLC. **Because of the current public health crisis, the hearing will be conducted telephonically, unless the court orders and notifies the parties otherwise.** For more information, including dial-in instructions, visit the court's website at www.tneb.uscourts.gov.

###