United States Bankruptcy Court

Eastern District of Tennessee

Winchester,
    Plaintiff

Adv. Proc. No. 20-01027-NWW

BAYVIEW LOAN SERVICING,LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0649-1     User: youngco     Page 1 of 2
Date Rcvd: Nov 10, 2020     Form ID: pdfap     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | BAYVIEW LOAN SERVICING,LLC, c/o Corporation Service Company, 2908 Poston Avenue, Nashville, TN 37203-1309 |
|  | + | Brent James, Harriss Hartmann Law Firm PC, P.O. Drawer 220, 200 McFarland Building, Rossville, GA 30741-1204 |
|  | + | James P. Keel, 7873 Laurelton Drive, Chattanooga, TN 37421-1954 |
| dft | + | James P. Keel, 8010 Dancing Fern Trail, Chattanooga, TN 37421-4287 |
| dft | + | Joan B. Keel, 8010 Dancing Fern Trail, Chattanooga, TN 37421-4287 |
|  | + | Joan B. Keel, 7873 Laurelton Drive, Chattanooga, TN 37421-1954 |
|  | + | Nancy A. Cogar, Samples, Jennings, Clem and Fields PLLC, 130 Jordan Drive, Chattanooga, TN 37421-6748 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: melinda@tombiblelaw.com | Nov 10 2020 20:59:00 | Robert J. Wilkinson, 6918 Shallowford Road, Suite 100, Chattanooga, TN 37421-1781 |
| pla |  | Email/Text: WWINCHESTER@WSFS-LAW.COM | Nov 10 2020 20:57:00 | Walter N. Winchester, Winchester, Sellers, Foster & Steele, PC, P.O. Box 2428, Knoxville, TN 37901-2428 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0649-1 | User: youngco | Page 2 of 2 |
| Date Rcvd: Nov 10, 2020 | Form ID: pdfap | Total Noticed: 9 |

**below:**

| Name | Email Address |
|---|---|
| Bret Jacob Chaness | on behalf of Defendant BAYVIEW LOAN SERVICING LLC bchaness@rubinlublin.com |
| Walter N. Winchester | on behalf of Plaintiff Walter N. Winchester wwinchester@wsfs-law.com |

TOTAL: 2

**SO ORDERED.**
**SIGNED this 10th day of November, 2020**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **James P. Keel** | ) | No. 1:18-bk-14988-NWW |
| **Joan B. Keel** | ) | Chapter 7 |
| | ) | |
| **Debtors** | ) | |
| | ) | |
| **Walter N. Winchester,** | ) | |
| **Successor Trustee** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Adv. No. 1:20-ap-01027-NWW |
| | ) | |
| **Bayview Loan Servicing, LLC;** | ) | |
| **Robert J. Wilkinson, Chapter 7** | ) | |
| **Trustee; James P. Keel; and** | ) | |
| **Joan B. Keel** | ) | |
| | ) | |
| **Defendants** | ) | |

### ORDER TO APPEAR AND SHOW CAUSE

On June 18, 2020, the plaintiff filed the complaint initiating this adversary proceeding. On September 8, 2020, the court entered an order authorizing disputed ownership interpleader funds to be paid to the court. Nothing further has been filed since that date. Bayview Loan Servicing, LLC, is the only defendant to have answered the interpleader complaint to determine ownership of funds.

Accordingly, the defendants—or their counsel if they are represented in this adversary proceeding—are directed to appear personally on December 3, 2020, at 10:30 a.m. Eastern Time, in Courtroom A of the Bankruptcy Court to show cause why a default judgment should not be entered providing that the proceeds held in the court's registry be awarded to Bayview Loan Servicing, LLC. **Because of the current public health crisis, the hearing will be conducted telephonically, unless the court orders and notifies the parties otherwise.** For more information, including dial-in instructions, visit the court's website at www.tneb.uscourts.gov.

###